| Event | *Samsung Elecs. Co., Ltd. v. Technical Consumer Prods., Inc.*<br>C.A. No. 23-186-JNR |
|---|---|
|  | **Date** |
| Order Setting Conference | May 31, 2023 |
| Initial Disclosures | July 12, 2023 |
| ESI Order | August 3, 2023 |
| Protective Order | July 19, 2023 |
| Plaintiff IDs Accused Products, Damages Model, Asserted Patents, & Produces File History | June 29, 2023 |
| Defendant Produces Core Technical Documents | July 31, 2023 |
| Initial Infringement Contentions | September 21, 2023 |
| Initial Invalidity Contentions | November 13, 2023 |
| Exchange claim term(s)/phrase(s) | November 27, 2023 |
| Exchange proposed constructions | December 11, 2023 |
| Joint Claim Construction Chart filed | December 28, 2023 |
| Joinder of Other Parties and Amendment of Pleadings | January 18, 2024 |

| Event | *Samsung Elecs. Co., Ltd. v. Technical Consumer Prods., Inc.* <br> C.A. No. 23-186-JNR |
|---|---|
| Plaintiff Serve Opening Claim Construction Brief | January 18, 2024 |
| Defendant Serve Answering Claim Construction Brief | February 1, 2024 |
| Plaintiff Serve Reply Claim Construction Brief | February 15, 2024 |
| Defendant Serve Sur-Reply Claim Construction Brief | February 29, 2024 |
| Parties to file Joint Claim Construction Brief | March 7, 2024 |
| Claim Construction Hearing | March 28, 2024 |
| Document Production Substantially Complete | May 2, 2024 |
| Fact Discovery Cut Off | June 27, 2024 |
| Serve Opening Expert Reports | July 11, 2024 |
| Serve Rebuttal Expert Reports | August 8, 2024 |
| Serve Reply Expert Reports | August 22, 2024 |
| Expert Deposition Completion Date | September 19, 2024 |

| Event | *Samsung Elecs. Co., Ltd. v. Technical Consumer Prods., Inc.* <br> C.A. No. 23-186-JNR |
|---|---|
| Case Dispositive/*Daubert* Opening Briefs | October 3, 2024 |
| Case Dispositive/*Daubert* Answering Briefs | October 24, 2024 |
| Case Dispositive/*Daubert* Reply Briefs | November 7, 2024 |
| Parties to file Pretrial Order | No later than the fourth business day before the date of the final pretrial conference |
| Jury Documents | No later than the fourth business day before the date of the final pretrial conference |
| Pretrial conference | February 7, 2025 |
| Trial | February 17, 2025 |