## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SAMSUNG ELECTRONICS CO., LTD.,  )
               Plaintiff,  )
                                )

     v.  )
                                )
                                )   C.A. No.: 23-186-JNR
TECHNICAL CONSUMER PRODUCTS, INC.  )
d/b/a TCP LIGHTING and HAWTHORNE  )
GARDENING COMPANY,  )
               Defendants.  )

_____

TECHNICAL CONSUMER PRODUCTS, INC.  )
d/b/a TCP LIGHTING,  )
               Third-Party Plaintiff,  )
                                )

     v.  )
                                )
SEOUL SEMICONDUCTOR CO., LTD.,  )
               Third-Party Defendant.  )

## JOINT STIPULATION AND ORDER OF DISMISSAL
## OF THIRD-PARTY CLAIMS

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and the Settlement Agreement executed by the parties, Technical Consumer Products, Inc. d/b/a TCP Lighting ("TCP") and Seoul Semiconductor Co. Ltd. ("Seoul," collectively "Parties"),

IT IS HEREBY STIPULATED that:

1.  The third-party claims in this action are dismissed with prejudice as to TCP's claims against Seoul of breach of contract, common law indemnification, and breach of Ohio's UCC warranty of title against infringement up to the date of January 19, 2026.

2.  All remaining third-party claims, counterclaims, and defenses asserted by and between TCP and Seoul are dismissed without prejudice.

3.  In view of the parties' settlement, this matter has been resolved without a final adjudication on the merits.

4.  Each party shall bear its own attorneys' fees and costs.


Dated: January 23, 2026

**McCARTER & ENGLISH, LLP**

*/s/Alexandra M. Joyce*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
Tel: 302-984-6300
Fax: 302-984-6399
dsilver@mccarter.com
ajoyce@mccarter.com

**OF COUNSEL:**

Arthur P. Licygiewicz
Vlada Wendel
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: 214-855-8000
Fax: 214-855-8200
art.licygiewicz@nortonrosefulbright.com
vlada.wendel@nortonrosefulbright.com

Catherine Garza
David Dyer
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, TX 78701
Tel: 512-536-3114
Fax: 512-536-4598
cat.garza@nortonrosefulbright.com
david.dyer@nortonrosefulbright.com

*Attorneys for Technical Consumer Products, Inc. d/b/a TCP Lighting*

**STEVENS & LEE, P.C.**

*/s/ Melissa N. Donimirski*
Melissa N. Donimirski (# 4701)
Stacey A. Scrivani (# 6129)
919 North Market Street, Suite 1300
Wilmington, DE 19801
(302) 654-5180
melissa.donimirski@stevenslee.com
stacey.scrivani@stevenslee.com

**OF COUNSEL:**

Michael Eisenberg
STEVENS & LEE, P.C.
485 Madison Avenue, 20th Floor
New York, NY  10022
(212) 319-8500
michael.eisenberg@stevenslee.com

Rafael Perez-Pineiro
Javier Sobrado
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower
Suite 800
Miami, FL  33131
(305) 728-8831
jsobrado@brickellip.com
rperez@brickellip.com

Jennifer Jonak
Jonak Law Group, P.C.
1430 Willamette St., # 145
Eugene, OR 97401
Telephone: (541) 525-9102
jenny@jonak.com

*Attorneys for Seoul Semiconductor Co. Ltd.*

2

**IT IS SO ORDERED** this 26th day of January, 2026.

s/ J. Nicholas Ranjan
United States District Judge