**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

SAMSUNG ELECTRONICS CO., LTD.,              )
                                            )
                  Plaintiff,                )       C.A. No.: 23-186-JNR
                                            )
            v.                              )
                                            )
TECHNICAL CONSUMER PRODUCTS, INC.           )
d/b/a TCP LIGHTING and HAWTHORNE            )
GARDENING COMPANY,                          )
                                            )
                  Defendants.               )
                                            )

TECHNICAL CONSUMER PRODUCTS, INC. dba )
TCP LIGHTING,                               )
                                            )
                  Third-Party Plaintiff,    )
                                            )
            v.                              )
                                            )
SEOUL SEMICONDUCTOR CO., LTD.,              )
                                            )
                  Third-Party Defendant.    )

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, it is hereby stipulated and agreed by and between Plaintiff Samsung Electronics Co., Ltd. ("Samsung") and Defendants Technical Consumer Products, Inc. d/b/a TCP Lighting and Hawthorne Garden Company (collectively, "Defendants"), through their undersigned counsel and subject to the approval of the Court that:

1. All claims in Samsung's First Amended Complaint for Patent Infringement (D.I. 49) are dismissed with prejudice; and

2. All affirmative defenses and counterclaims in Defendants' Answers, Defenses and Counterclaims to Plaintiff Samsung Electronics Co., Ltd.'s First Amended Complaint (D.I. 52, 76) are dismissed without prejudice.

Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: January 26, 2026

YOUNG CONAWAY STARGATT & TAYLOR, LLP

McCARTER & ENGLISH, LLP

*/s/ Adam W. Poff*
Adam W. Poff (No. 3990)
Robert M. Vrana (No. 5666)
Alexis N. Stombaugh (No. 6702)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
rvrana@ycst.com
astombaugh@ycst.com

*/s/ Alexandra M. Joyce*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Counsel for Technical Consumer Products, Inc. and Hawthorne Gardening Company*

*Counsel for Samsung Electronics Co., Ltd.*

**IT IS SO ORDERED** this 26th day of January, 2026.

s/ J. Nicholas Ranjan
United States District Judge